UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LEE MADSEN,<br><br>            Plaintiff,<br><br>      v.<br><br>UNKNOWN,<br><br>            Defendant. | Case No. 1:23-cv-01530-CDB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE**<br><br><u>Clerk of Court to Provide Application</u> |

Plaintiff Andre Lee Madsen ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff has neither paid the $402.00 filing fee for this action nor applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

The Clerk of Court is directed to provide Plaintiff with an *in forma pauperis* application.

IT IS SO ORDERED.

Dated:   **October 30, 2023**                    _____
                                                 UNITED STATES MAGISTRATE JUDGE